JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND PEO, LLC; VL BEST PEO, INC.; and SKY HIGH PEO, LLC,<br><br>                Plaintiffs,<br><br>    v.<br><br>CLEAR SPRING PROPERTY AND CASUALTY COMPANY; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.  08:21-CV-00866-SPG (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

      On November 16, 2023, Plaintiffs Diamond PEO, LLC, VL Best PEO, Inc. and Sky High PEO, LLC and Defendant Clear Spring Property and Casualty Company (the "Parties") filed a Joint Stipulation for Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(2) as the Parties have settled the action. The Parties requested that the Court retain jurisdiction to enforce the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375, 381-82 (1994).

      The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby approves the Parties' Stipulation and ORDERS the entire action between the Parties dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

The Court will retain jurisdiction to enforce the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375, 381-82 (1994).

IT IS SO ORDERED.

Dated: January 18, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE